REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
300 South Fourth Street, Suite 710
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Attorneys for Defendant
rmastrangelo@rmcmlaw.com
OTIS ELEVATOR COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO HOLLIDAY,<br><br>    Plaintiff,<br><br>vs.<br><br>COURION, a Missouri corporation; a wholly-owned subsidiary of COMPREHENSIVE MANUFACTURING SERVICES, LLC, a limited liability company formed in the State of Missouri; OTIS ELEVATOR COMPANY; and ROE I, a business entity; and ROES II through V, inclusive,<br><br>    Defendants.<br>_____ | CASE NO. 2:13-cv-00370-GMN-CWH<br><br><br><br>STIPULATION AND ORDER<br>FOR DISMISSAL WITH PREJUDICE |

    IT IS HEREBY STIPULATED and AGREED, by and between the parties hereto through their respective counsel of record, that the above-entitled matter be dismissed, with prejudice, all parties to bear their own costs and attorney's fees.

    Trial has not been set and Otis Elevator Company's Motion for Summary Judgment will be rendered moot by this Order of Dismissal.

    DATED this 4th day of December, 2014.

| LAW OFFICES OF STEVEN M. BURRIS | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |
|---|---|
| /s/ Michael Koning | /s/ Rebecca Mastrangelo |
| Michael A. Koning, Esq.<br>Nevada Bar No. 280<br>2810 W. Charleston Blvd., Suite F-58<br>Las Vegas, Nevada 89102<br>Attorney for Plaintiff | Rebecca L. Mastrangelo, Esq.<br>Nevada Bar No. 5417<br>300 South Fourth Street, Suite 710<br>Las Vegas, Nevada 89101<br>Attorney for Defendant Otis Elevator Company |

Holliday v. Courion, et al.
Case No. 2:13-cv-00370-GMN-CWH
Stipulation and Order

BACKUS, CARRANZA & BURDEN

/s/ James Conway
_____
James Conway, Esq.
Nevada Bar No. 11789
3050 S. Durango Drive
Las Vegas, Nevada 89117
Attorney for Defendant
Comprehensive Manufacturing Services, LLC dba Courion

ORDER

IT IS SO ORDERED.

**DATED** this 8th day of December, 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court

SUBMITTED BY:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Rebecca Mastrangelo
_____
REBECCA L. MASTRANGELO, ESQ.
Nevada Bar No. 5417
300 S. Fourth Street, Suite 710
Las Vegas, Nevada 89101
Attorney for Defendant Otis Elevator Company